OPINION — AG — THE OKLAHOMA LEGISLATURE HAS SO PROVIDED THAT AN INDIVIDUAL MAY SIMULTANEOUSLY SERVE AS A MUNCIPAL JUDGE FOR MORE THAN ONE LOCALE WITHOUT VIOLATING ANY CONSTITUTIONAL OR LAWS PROSCRIBING DUAL OFFICE HOLDING CITE: 51 O.S. 1971 6 [51-6], ARTICLE II, SECTION 12, OPINION NO. 77-179, ARTICLE VII, SECTION 11 (RONALD LEE JOHNSON) ** SEE OPINION NO. 90-540 (1990) ** SEE OPINION NO. 92-502 (1992)